**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6764

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

JOHNEY FREEMAN,

     Defendant - Appellant.

No. 15-6977

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

JOHNEY FREEMAN,

     Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:88-cr-00076-AWA-2)

Submitted: August 20, 2015    Decided: August 25, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

Johney Freeman, Appellant Pro Se.  Stephen Westley Haynie, Assistant United States Attorney, V. Kathleen Dougherty, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johney Freeman appeals the district court's orders denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012), ruling on his two motions to reconsider, and denying his motion to unseal documents. We have reviewed the record and find no reversible error. United States v. Freeman, No. 2:88-cr-00076-AWA-2 (E.D. Va. Apr. 22, 2015; May 22, 2015; June 5, 2015; June 8, 2015); see United States v. Mann, 709 F.3d 301, 304-05 (4th Cir. 2013) (reviewing the disposition of a § 3582(c)(2) motion for an abuse of discretion); United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010) (holding that the district court does not have authority to reconsider a prior order for a § 3582(c)(2) motion). Accordingly, we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED